Motion GRANTED. The initial case management conference is reset for 8/17/2026 at 2:00 p.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GALILEO EDUCATION, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:26-cv-00444 |
| JANE K. GARDNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## UNOPPOSED MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Undersigned counsel for Plaintiff Galileo Education, Inc. ("Plaintiff") respectfully moves the Court to continue the Initial Case Management Conference currently scheduled for Monday, July 27, 2026, at 3:00 p.m. CDT to a date and time that is convenient for the Court. Regretfully, undersigned counsel states that his daughter is scheduled for surgery in Atlanta this Thursday, July 23, 2026, and preliminary tests in advance of surgery indicate that the recovery time in the hospital post-surgery is likely to take longer than initially expected, extending into the week of July 27, 2026. Undersigned counsel is extremely respectful of the Court and opposing counsel's schedule and deeply regrets the need to file this Motion so soon in advance of the Initial Case Management Conference.

Undersigned counsel has conferred with counsel for Defendant Jane K. Gardner ("Defendant"), who has confirmed that they do not oppose this Motion for a continuance of the Initial Case Management Conference.